

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

February 21, 2020

Honorable Ramon E. Reyes, Jr., U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Augustin v. American Airlines, Inc.*
              Civil Docket No. 1:18-cv-01484-LDH-RER

Dear Judge Reyes:

      We represent plaintiff Emmanuel Augustin on behalf of his incapacitated mother, Marie Odette Oriental, in an ongoing personal injury action against defendant American Airlines, Inc., represented by David S. Rutherford and L. Diana Mulderig of Rutherford & Christie LLP. We write today to request a brief adjournment of the deadline for completion of expert depositions, currently set for February 27, 2020.

      We are pleased to inform the court that discovery in this matter is now complete, with the exception of the defense expert's deposition. Defendant's expert, Mr. James Davis, initially was scheduled to be deposed today, February 21, 2020. Unfortunately, the attorney set to take Mr. Davis' deposition came down with an acute virus yesterday and was unable to appear. Undersigned counsel could not participate due to a personal obligation and was unable to secure alternative coverage on such short notice.

      After discussions with defense counsel, we identified March 17, 2020 as the next date when all parties are available to appear. Accordingly, plaintiff respectfully requests that the court grant a brief adjournment of the expert deposition deadline to March 18, 2020 so that we may take Mr. Davis' deposition. Additionally, the parties are currently scheduled to participate in a telephone conference with Your Honor on Friday, February 28, 2020. If Your Honor should decide to grant the requested adjournment, we would suggest that next Friday's conference be rescheduled to March 18, 2020, or to any other date that the court finds acceptable.

      We have discussed the instant petition with Mr. Rutherford and Ms. Mulderig and they do not object to plaintiff's request. We thank the court for its time and attention to this matter.

                                                Very truly yours,
                                                KREINDLER & KREINDLER LLP

                                                */s/ Erin R. Applebaum*

                                                _____
                                                By: Erin R. Applebaum



cc:      RUTHERFORD & CHRISTIE LLP
           David S. Rutherford – *via ECF*
           L. Diana Mulderig – *via ECF*